UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NATIVE VILLAGE OF HOOPER BAY; et al.,

Plaintiffs - Appellees,

v.

DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; et al.,

Defendants - Appellants,

KING COVE CORPORATION,

Defendant,

STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant.

No. 26-6479

D.C. No. 3:25-cv-00316-SLG
District of Alaska,
Anchorage

ORDER

FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES; et al.,

Plaintiffs - Appellees,

v.

DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; et al.,

No. 26-6481

D.C. No. 3:25-cv-00318-SLG
District of Alaska,
Anchorage

Defendants - Appellants,

KING COVE CORPORATION,

Defendant,

STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant.

---

DEFENDERS OF WILDLIFE,

Plaintiff - Appellee,

v.

DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; et al.,

Defendants - Appellants,

KING COVE CORPORATION, an Alaska Native Village Corporation,

Defendant,

STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant.

No. 26-6484

D.C. No. 3:25-cv-00319-SLG
District of Alaska,
Anchorage

---

NATIVE VILLAGE OF HOOPER BAY; et al.,

No. 26-6485

| | |
|---|---|
| Plaintiffs - Appellees,<br><br>v.<br><br>DOUG BURGUM; et al.,<br><br>Defendants,<br><br>STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Intervenor-Defendant - Appellant. | D.C. No. 3:25-cv-00316-SLG<br>District of Alaska,<br>Anchorage |
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DOUG BURGUM; et al.,<br><br>Defendants,<br><br>STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Intervenor-Defendant - Appellant. | No. 26-6487<br><br>D.C. No. 3:25-cv-00318-SLG<br>District of Alaska,<br>Anchorage |
| DEFENDERS OF WILDLIFE,<br><br>Plaintiff - Appellee, | No. 26-6490 |

| | |
|---|---|
| v.<br><br>DOUG BURGUM; et al.,<br><br>Defendants,<br><br>STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Intervenor-Defendant - Appellant. | D.C. No. 3:25-cv-00319-SLG<br>District of Alaska,<br>Anchorage |
| DEFENDERS OF WILDLIFE,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>KING COVE CORPORATION, an Alaska Native Village Corporation,<br><br>Defendant - Appellant,<br><br>DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; et al.,<br><br>Defendants,<br><br>STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Intervenor-Defendant. | No. 26-6551<br><br>D.C. No.<br>3:25-cv-00319-SLG<br>District of Alaska,<br>Anchorage |
| NATIVE VILLAGE OF HOOPER BAY; et al., | No. 26-6554 |

| | |
|---|---|
| Plaintiffs - Appellees,<br><br>v.<br><br>KING COVE CORPORATION,<br><br>Defendant - Appellant,<br><br>DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; et al.,<br><br>Defendants,<br><br>STATE OF ALASKA DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>Intervenor-Defendant. | D.C. No. 3:25-cv-00316-SLG District of Alaska, Anchorage<br><br>ORDER |
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; et al.,<br><br>Defendants,<br><br>KING COVE CORPORATION,<br><br>Defendant - Appellant,<br><br>STATE OF ALASKA DEPARTMENT OF | No. 26-6570<br><br>D.C. No. 3:25-cv-00318-SLG District of Alaska, Anchorage<br><br>ORDER |

TRANSPORTATION & PUBLIC FACILITIES,

Intervenor-Defendant.

Appellants in appeal Nos. 26-6479, 26-6481, 26-6484, 26-6485, 26-6487, and 26-6490 have moved to consolidate and expedite those appeals. The court is considering consolidating appeal Nos. 26-6551, 26-6554, and 26-6570 with those appeals as well. Any responses to the pending motions to consolidate and expedite are due October 14, 2026. If any party opposes consolidating and expediting appeal Nos. 26-6551, 26-6554, and 26-6570 as well, that party should either include their reasons in their response to the motions to consolidate and expedite or file a separate statement no later than October 14, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT